# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Beaumont Division

# FILED

OCT 1 6 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES OF AMERICA

v

JULIAN JOHNSON aka "JU JU"
Address Unknown

To: The United States Marshal
   And any Authorized United States Officer

# WARRANT FOR ARREST

Case Number 1:07cr123-1

# 07-508-M-01

YOU ARE HEREBY COMMANDED to arrest, **JULIAN JOHNSON aka "JU JU"**, and bring him or her forthwith to the nearest magistrate to answer a(n)

   **SEALED INDICTMENT**

charging him or her with (brief description of offense)

   **Conspiracy to possess with intent to distribute cocaine HCL.**

In violation of Title(s) **21** United States Code, Section(s) **846**.

| | |
|---|---|
| **DAVID J. MALAND** | **CLERK OF COURT** |
| Name of Issuing Officer | Title of Issuing Officer |
| *Brenda Carta* | **JUL 1 2 2007** Beaumont, TX |
| Signature of Issuing Officer (Deputy Clerk) | Date and Location |

Bail fixed at $_____        By _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 0/0c | | |
| Date Received 10/14/c7 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 10/14/c7 | Orsom 3692 Dickson | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 1 1 2007

DAVID J MALAND, CLERK
BY
DEPUTY bc

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

UNITED STATES OF AMERICA    *

VS.    *

JULIAN JOHNSON
a.k.a. "Ju Ju"



**0 7 - 5 0 8 - M - 0 1**

CRIMINAL NO. 1:07-CR- 123

**FILED**

OCT 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>INDICTMENT</u>

THE UNITED STATES GRAND JURY CHARGES:

**COUNT I**

That from on or about June 1, 2002 , the exact date being unknown to the Grand Jury,

and continuing until on or about August 16th, 2006, in the Eastern District of Texas, and

elsewhere, **JULIAN JOHNSON, a.k.a."Ju Ju"**, ▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓, Defendants herein, did

knowingly and intentionally, conspire, combine, confederate and agree together, with

Thomas Bernard Miller and other persons known and unknown to the Grand Jury, to

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

**07-508-M-01**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | * |
| | * |
| JULIAN JOHNSON | * |   CRIMINAL NO. 1:07-CR-123 |
| a.k.a. "Ju Ju" | * |



## NOTICE OF PENALTY

### COUNT ONE

<u>Violation:</u>   21 U.S.C. § 841(a)(1); 21 U.S.C. § 846

<u>Penalty:</u>   Not less than **TEN** years nor more than **LIFE** imprisonment, a fine not to exceed $4,000,000.00, or both, and supervised release of not less than **FIVE** (5) years or more than life.

<u>Special Assessment:</u>     $100.00