Return Copy
Rev. 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

[Stamp: CLERK U.S. DISTRICT COURT RECEIVED NOV 5 - 2007 EASTERN DIST. OF TEXAS BEAUMONT]

**FILED**
DEC 0 3 2007
Clerk, U.S. District and Bankruptcy Courts

Date: 10/29/07

Address of Other Court: USDC Eastern District of Texas
Beaumont Division
P.O. Box 3507
Beaumont, TX 77704

RE: CR 07-MJ-508, USA v. Julian Johnson

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 10/16/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk